## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| JARED WILLIAM DECACCIA,<br><br>Plaintiff,<br><br>vs.<br><br>CAPT. BRAGG, ET AL.,<br><br>Defendants. | CV 22-079-H-KLD<br><br><br><br>ORDER |

Pursuant to the Plaintiff's Motion for Dismissal with Prejudice (Doc. 76) and good cause appearing therefore, **IT IS ORDERED** that the above-entitled matter is hereby **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to enter judgment pursuant to Fed. R. Civ. P. 58.

DATED this 23rd day of January, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge